UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RANDY PIGG #V-46860 | CIVIL ACTION NO. 19-cv-1466 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| THOMAS F HARRIS | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Court acknowledges that, after the Report and Recommendation was issued, Plaintiff sought to amend his complaint to include an additional defendant in order to establish complete diversity and made references in his various filings to 42 U.S.C. § 1983. Record Document 39. The Court agrees with Magistrate Judge Hornsby's ruling that the addition of another defendant and "Plaintiff's bare references to Section 1983" do not cure the jurisdictional deficiencies noted in the Report and Recommendation. Record Document 40.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __10th__ day of __August__, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE